Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRETA DESCANTES** | CASE NO.: C09-03599 JL |
| Plaintiff, | **REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR NOVEMBER 18, 2009** |
| vs. | |
| **THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION** | |
| Defendant. | |

COME NOW, Plaintiff Greta Descantes by and through her counsel requests to continue the Initial Case Management Conference set on this Court's own order for November 18, 2009 at 10:30 a.m.

GOOD CAUSE exists for continuing the Initial Case Management Conference, as Defendant has not filed their answer to date. Plaintiff filed an

Application for Entry Default on October 26, 2009 and is waiting for the clerk's review.

DATED: November 13, 2009   The Law Offices of Todd M. Friedman, P.C.

                                          s/ Todd M. Friedman_____
                                          Todd M. Friedman, Esq. (SBN 216572)
                                          Attorney for Plaintiff, Greta Descantes

    The Case Management Conference has been continued to January 27, 2010 at 10:30 a.m.

   IT IS SO ORDERED.

DATED: November 16, 2009   _____
                                      Honorable Judge James Larson

REQUEST TO CONTINUE THE SCHEDULING CONFERENCE

1. Filed electronically on this 13th day of November, 2009, with:

2. United States District Court CM/ECF system

3. Copy of the Original mailed to:

4. Judge James Larson
   United States District Court

5. This 13th day of November, 2009.

6. s/Todd M. Friedman
   Todd M. Friedman